UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. J.,<br><br>        Plaintiff,<br><br>    v.<br><br>GERBER PRODUCTS COMPANY, et al.,<br><br>        Defendants. | Case No. 24-cv-01836-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *A. T. v. Gerber Products Company et al*, Case. No. 3:23-cv-06344-JSC.

**IT IS SO ORDERED.**

Dated: March 28, 2024

                                                RITA F. LIN<br>
                                                United States District Judge